UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

- against -

LAUREN MERKIN PRODUCTIONS, LLC,

        Defendant.
-----------------------------------------------------X

07 CV 10936

**RULE 7.1 STATEMENT**

Civil Action No.:

Pursuant to Local Civil Rule 7.1, to evaluate possible disqualification or recusal, the undersigned counsel for GMA ACCESSORIES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

None.

DATE: New York, New York
November 29, 2007

ANDREW T. SWEENEY (AS 0724)