CORPORATION SERVICE COMPANY
341066
AFFIDAVIT OF SERVICE

STATE OF NEW YORK
DISTRICT COURT, SOUTHERN DISTRICT           INDEX #07 CV 10936
------------------------------------------------------------

GMA ACCESSORIES, INC.,           PLAINTIFF

          VS.

LAUREN MERKIN PRODUCTIONS, LLC,           DEFENDANT


------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:


Cathy Krieger being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the third day of December, 2007 at 11:55 am she served the annexed Summons And Complaint 07 CV 10936, filed 11/30/2007, endorsed thereto on LAUREN MERKIN PRODUCTIONS, LLC
the defendant in this action, by delivering to and leaving with Chad Matice an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 303 Of The Limited Liability Company Law of the State of New York.

Deponent further says that she knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                        Cathy Krieger

Sworn to before me this
fifth day of December, 2007.

Johanna A. Burkhart

khv

[Notary seal: JOHANNA A. BURKHART, NOTARY PUBLIC, ID# 01BU6150209, Commission Expires July 24, 2010, Albany County, New York]

```
                  State of New York - Department of State
                              Receipt for Service


Receipt #:  200712040363                         Cash #:  200712040316
Date of Service:  12/03/2007                    Fee Paid: $40 - DRAWDOWN
Service Company:  45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:   LAUREN MERKIN PRODUCTIONS, LLC



Plaintiff/Petitioner:
         GMA ACCESSORIES, INC.



Service of Process Address:
LAUREN MERKIN PRODUCTIONS, LLC
231 W 29TH ST / SUITE 201
NEW YORK, NY 10001-5552

                                                      Secretary of State
                                                         By  CHAD MATICE
```