UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> LAUREN MERKIN PRODUCTIONS, LLC <br><br> Defendant. | 07-CV-10936(LSS) <br><br> ECF CASE <br><br> **NOTICE OF APPEARANCE OF GINA M. MCCREADIE** |

     Please enter the appearance of Gina M. McCreadie, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendant Lauren Merkin Production LLC in the above-captioned action.

Respectfully submitted,

NIXON PEABODY LLP

By:   /s/ Gina M. McCreadie
     Gina M. McCreadie (GM6189)
     Nixon Peabody LLP
     100 Summer Street
     Boston, Massachusetts 02110
     Tel: (617) 345-1000
     Fax: (617) 345-1300

Dated: December 13, 2007      *Counsel for Lauren Merkin Productions LLC*

10839442.1

**PROOF OF SERVICE**

      I hereby certify that the foregoing *Notice of Appearance of Gina M. McCreadie*, which was filed by electronic means on December 13, 2007 in accordance with the procedures promulgated by the Court, will be served electronically on registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                                        /s/ Gina M. McCreadie
                                            Gina M. McCreadie