UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>    Plaintiff,<br><br> -against-<br><br>LAUREN MERKIN PRODUCTIONS, LLC<br><br>    Defendant. | 07-CV-10936(LSS)(AJP)<br><br>ECF CASE<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lauren Merkin Productions LLC ("Lauren Merkin"), through counsel, hereby states that Lauren Merkin (a private nongovernmental party) does not have any parent corporations, affiliates, and/or subsidiaries, and no publicly held corporation owns 10% or more of Lauren Merkin's stock.

              Respectfully submitted,

              NIXON PEABODY LLP

              By: /s/ Gina M. McCreadie
                Jason C. Kravitz (*pro hac vice* requested)
                Gina M. McCreadie (GM6189)
                Nixon Peabody LLP
                100 Summer Street
                Boston, Massachusetts 02110
                Tel: (617) 345-1000
                Fax: (617) 345-1300

Dated: December 24, 2007       *Counsel for Lauren Merkin Productions LLC*

10842675.1

2

**PROOF OF SERVICE**

      I hereby certify that the foregoing *DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT*, which was filed electronically with the Court through the Electronic Case Files system on December 24, 2007, will be served electronically to counsel of record as identified on the Notice of Electronic Filing.

          /s/ Gina M. McCreadie
          Gina M. McCreadie