UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>     Plaintiff,<br><br> -against-<br><br>LAUREN MERKIN PRODUCTIONS, LLC<br><br>     Defendant. | 07cv10936<br><br>06-~~CV-10936~~(LSS)<br><br>ECF CASE<br><br>**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF JASON C. KRAVITZ** |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 1.3(c) and the accompanying *Declaration of Gina M. McCreadie* and certificates of good standing attached thereto, Defendant Lauren Merkin Productions LLC, through its counsel, hereby moves this Court for the admission of Jason C. Kravitz to appear *pro hac vice* in the above-captioned matter for all purposes.

Plaintiff GMA Accessories, Inc. assents to the relief requested in this motion.

                Respectfully submitted,

                NIXON PEABODY LLP

                By: /s/ Gina M. McCreadie
                Gina M. McCreadie (GM6189)
                Nixon Peabody LLP
                100 Summer Street
                Boston, Massachusetts 02110
                Tel: (617) 345-1000
                Fax: (617) 345-1300

Dated: December 17, 2007       *Counsel for Lauren Merkin Productions LLC*

10839401.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>                   Plaintiff,<br><br>-against-<br><br>LAUREN MERKIN PRODUCTIONS, LLC<br><br>                   Defendant. | 06-CV-10936(LSS)<br><br>ECF CASE<br><br>**DECLARATION OF GINA M. MCCREADIE IN SUPPORT OF ASSENTED TO MOTION FOR *PRO HAC VICE* ADMISSION OF JASON C. KRAVITZ** |

I, Gina M. McCreadie, hereby depose and say that:

1. I am an attorney in the Boston office of Nixon Peabody LLP and counsel of record for Defendant Lauren Merkin Productions LLC ("Lauren Merkin") in this case. I am a member in good standing of the Bar of the State of New York and I am admitted to practice before this Court.

2. This declaration, based on personal knowledge, is offered in support of Lauren Merkin's motion for the admission of Jason C. Kravtiz to appear *pro hac vice* in the above-captioned matter for all purposes.

3. Mr. Kravitz is a partner in the Boston office of Nixon Peabody LLP, located at 100 Summer Street, Boston, Massachusetts 02110. His telephone number is (617) 345-1000, his facsimile number is (617) 345-1300, and his email address is jkravitz@nixonpeabody.com.

4. Mr. Kravitz is currently a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of Rhode Island. Certificates of good standing issued by the Commonwealth of Massachusetts and the State of Rhode Island are attached hereto as Exhibits 1 and 2, respectively. Mr. Kravitz is also admitted to practice in the District of

10839417.1

Columbia, the United States District Court for the Districts of Massachusetts and Rhode Island and the District of Columbia, and the United States Court of Appeals for the First, Fourth, and Federal Circuits. Mr. Kravitz has never been subject to any professional disciplinary action, and there are no disciplinary complaints pending against him. I have found Mr. Kravitz to be a skilled attorney and a person of integrity.

5. Mr. Kravitz is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of December, 2007.

_____
Gina M. McCreadie (GM6189)

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **June** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

**Jason C. Kravitz**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **December** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# RHODE ISLAND SUPREME COURT

Office of the Clerk   Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

JASON C KRAVITZ
NIXON PEABODY, LLP
100 SUMMER STREET
BOSTON, MA  02110-1832

      This certifies that JASON C KRAVITZ of BOSTON, MASSACHUSETTS, is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on 05-NOV-1993 admitted to practice in all the Courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

      Given under my hand and the seal of said Supreme Court at Providence, on December 13, 2007.

_____
Clerk

SU_CERT_GD_STD
June 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>       Plaintiff,<br><br> -against-<br><br>LAUREN MERKIN PRODUCTIONS, LLC<br><br>       Defendant. | 06-CV-10936(LSS)<br><br>ECF CASE<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**JASON C. KRAVITZ** |

  **IT IS HEREBY ORDERED** that the assented to motion for admission of Jason C. Kravitz to appear *pro hac vice* in the above-captioned matter for all purposes on the behalf of Defendant Lauren Merkin Productions LLC is **GRANTED**.


Dated: _____            _____
                        Hon. Louis L. Stanton
                        United States District Court Judge

## PROOF OF SERVICE

I hereby certify that on December 17, 2007, I caused a true and correct copy of the *Assented to Motion for Pro Hac Vice Admission of Jason C. Kravitz*, *Declaration of Gina M. McCreadie in Support of Assented to Motion for Pro Hac Vice Admission of Jason C. Kravitz*, and the *Proposed Order for Admission Pro Hac Vice of Jason C. Kravitz* be served by first class mail on:

Andrew T. Sweeney
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005

*/s/ Gina M. McCreadie*
Gina M. McCreadie