MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> LAUREN MERKIN PRODUCTIONS, LLC <br><br> Defendant. | 07 cv 10936 <br> 06-CV-10936(LLS) <br><br> ECF CASE <br><br> ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF JASON C. KRAVITZ |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

**PLEASE TAKE NOTICE** that pursuant to Local Rule 1.3(c) and the accompanying *Declaration of Gina M. McCreadie* and certificates of good standing attached thereto, Defendant Lauren Merkin Productions LLC, through its counsel, hereby moves this Court for the admission of Jason C. Kravitz to appear *pro hac vice* in the above-captioned matter for all purposes.

Plaintiff GMA Accessories, Inc. assents to the relief requested in this motion.

Granted. No opposition. So Ordered.
Louis L. Stanton
1/11/08

Respectfully submitted,

NIXON PEABODY LLP

By: _Gina M. McCreadie_
Gina M. McCreadie (GM6189)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000
Fax: (617) 345-1300

Dated: December 17, 2007

*Counsel for Lauren Merkin Productions LLC*

10839401.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> LAUREN MERKIN PRODUCTIONS, LLC <br><br> Defendant. | 06-CV-10936(LSS) <br><br> ECF CASE <br><br> **DECLARATION OF GINA M. MCCREADIE IN SUPPORT OF ASSENTED TO MOTION FOR** *PRO HAC VICE* **ADMISSION OF JASON C. KRAVITZ** |

I, Gina M. McCreadie, hereby depose and say that:

1.     I am an attorney in the Boston office of Nixon Peabody LLP and counsel of record for Defendant Lauren Merkin Productions LLC ("Lauren Merkin") in this case. I am a member in good standing of the Bar of the State of New York and I am admitted to practice before this Court.

2.     This declaration, based on personal knowledge, is offered in support of Lauren Merkin's motion for the admission of Jason C. Kravtiz to appear *pro hac vice* in the above-captioned matter for all purposes.

3.     Mr. Kravitz is a partner in the Boston office of Nixon Peabody LLP, located at 100 Summer Street, Boston, Massachusetts 02110. His telephone number is (617) 345-1000, his facsimile number is (617) 345-1300, and his email address is jkravitz@nixonpeabody.com.

4.     Mr. Kravitz is currently a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of Rhode Island. Certificates of good standing issued by the Commonwealth of Massachusetts and the State of Rhode Island are attached hereto as Exhibits 1 and 2, respectively. Mr. Kravitz is also admitted to practice in the District of

Columbia, the United States District Court for the Districts of Massachusetts and Rhode Island and the District of Columbia, and the United States Court of Appeals for the First, Fourth, and Federal Circuits. Mr. Kravitz has never been subject to any professional disciplinary action, and there are no disciplinary complaints pending against him. I have found Mr. Kravitz to be a skilled attorney and a person of integrity.

5. Mr. Kravitz is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of December, 2007.

*Gina M. McCreadie*
Gina M. McCreadie (GM6189)