UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GMA ACCESSORIES, INC.,

                Plaintiff,

                                      Civil Action No.:  07 CV 10936 (LSS) (AJP)

    - against -

LAUREN MERKIN PRODUCTIONS, LLC

                Defendant.
---------------------------------------------------------------X


I respectfully submit an appearance in this case as additional counsel for the Plaintiff.




Dated: New York, New York
       January 15, 2008

                                      By:  _____
                                               Crystal S. A. Scott (CS5615)
                                               THE BOSTANY LAW FIRM
                                               Attorneys for Plaintiff
                                               40 Wall Street
                                               New York, New York 10005