ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GMA ACCESSORIES, INC.,

        Plaintiff,      07 Civ. 10936 (LLS)

v.                              ORDER

LAUREN MERKIN PRODUCTIONS, LLC,

        Defendant.
------------------------------------x

       This case is respectfully referred to Magistrate Judge Peck for the conduct of settlement negotiations, to take place within the schedule already set by this Court, which currently calls for a conference pursuant to Fed. R. Civ. P. 16(b) on Friday, March 14, 2008 at 3:30 PM.

       So ordered.

Dated: New York, New York
      January 30, 2008

                                            *Louis L. Stanton*
                                           LOUIS L. STANTON
                                               U.S.D.J.