UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GMA ACCESSORIES, INC.,                :

             Plaintiff,                :       07 Civ. 10936 (LLS) (AJP)

             -against-                :       **ORDER OF DISMISSAL ON CONSENT**

LAUREN MERKIN PRODUCTIONS, LLC,       :

             Defendant.                :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on February 25, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction over the settlement pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
          February 26, 2008

                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECF** to:   John Bostany, Esq.
                              Jason C. Kravitz, Esq.
                              Judge Louis L. Stanton

C:\ORD\DISMISS